UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-23714-CIV-MORENO

CODING TECHNOLOGIES, LLC,

    Plaintiff,

vs.

MERCEDES-BENZ USA, LLC,

    Defendant.
_____/

## ORDER GRANTING MOTION TO TRANSFER

THIS CAUSE came before the Court upon Defendant's Motion to Transfer **(D.E. 16)**, filed on **December 18, 2017**.

Plaintiff Coding Technologies, LLC filed this patent infringement case against Mercedez-Benz USA, LLC in the Southern District of Florida, contending that "[v]enue is proper in this court, pursuant to 28 U.S.C. § 1400(b), because Defendant has committed acts of infringement in this District and has a regular and established place of business in this district." However, Mercedes-Benz is incorporated in Delaware and headquartered in Atlanta, Georgia. Mercedes-Benz therefore asks the Court to transfer this case in the interest of justice to the Northern District of Georgia.

Under 28 U.S.C. § 1400(b), "[a]ny civil action for patent infringement may be brought in the judicial district where the defendant resides, or where the defendant has committed acts of infringement and has a regular and established place of business." Furthermore, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any

civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a).

Venue is appropriate in the Northern District of Georgia because Mercedes-Benz is headquartered in Atlanta and oversees distribution, marketing, and customer service at this location. Due to these extensive Atlanta-based operations, many of the relevant witnesses, documents, and records are located in the Northern District of Georgia. Finally, Coding Technologies has no objection to transferring this action to the Northern District of Georgia. As such, transferring the case to the United States District Court for the Northern District of Georgia will maximize convenience to the parties and witnesses and serve the interests of justice.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Accordingly, it is

**ADJUDGED** that this case is TRANSFERRED to the United States District Court for the Northern District of Georgia.

DONE AND ORDERED in Chambers at Miami, Florida, this ___7___ of January 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record